B 265
(8/96)

**CV 07 - 80118 MISC. RMW PVT**

E-FILING

FILED

# United States Bankruptcy Court

District Of _____Delaware_____

2007 MAY -2 A 10: 26

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

In re Gruppo Antico, Inc. f/k/a Trend Holdings, Inc., et al, )
_____ )
                Debtor              ) Case No. 02-13283 (KJC)
                                    )
                                    ) Chapter 11
Broadway Advisors, LLC,             )
_____ )
                Plaintiff           )
                                    )
            v.                      )
                                    )
HiPro Electronics, Co., Ltd.,       ) Adv. Proc. No. 03-58480 (KJC)
_____ )
                Defendant           )

## CERTIFICATION OF JUDGMENT FOR
## REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on ___February 16, 2007___ as it appears in the records of this court, and that:
                                                                         (date)

☐ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☐ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                        (date)

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
           (name of court)                                      (date)

☒ An appeal was taken from this judgment, and ~~the appeal was dismissed by order entered on~~ pursuant to the attached Order as it appears of record in my office, the Court
       (date)                           has ordered that the judgment may be immediately
                                        registered and levied upon the Districts identified
                                        therein.

**DAVID D. BIRD**
Clerk of the Bankruptcy Court

4/19/07
Date

By: _Lisa M Ciconte_
Deputy Clerk

DOCS_LA-165999.1
American LegalNet, Inc.
www.USCourtForms.com

CERTIFIED AS A TRUE COPY: ATTEST: DAVID D. BIRD, CLERK U.S. BANKRUPTCY COURT BY: _____ Deputy Clerk

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GRUPPO ANTICO, INC. f/k/a TREND HOLDINGS, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 02-13283 (KG)<br>(Jointly Administered) |
| BROADWAY ADVISORS, LLC, in its representative capacity as the Liquidating Trustee of the Gruppo Antico Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>HIPRO ELECTRONICS, INC., and HIPRO ELECTRONICS, CO., LTD.,<br><br>Defendants. | Adv. Proc. No. 03-58480 (KJC)<br><br>**Trial Dates: February 8 and 9, 2007**<br>**Courtroom: 5** |

## JUDGMENT

This cause came on regularly for trial on February 8, 2007. The Court, having heard all of the evidence and arguments of counsel presented at trial, and based upon the findings of fact and conclusions of law read into the record on February 9, 2007,

---

[1] The debtors are the following entities: Gruppo Antico, Inc. (f/k/a Trend Holdings, Inc.); Antico Vacca Technologies, Inc. (f/k/a Trend Technologies, Inc.); Antico Plasco, Inc. (f/k/a Trend Plasco, Inc.); Antico New Ventures, Inc. (f/k/a Trend L.P. New Ventures, Inc.); Antico Technologies Texas, L.P. (f/k/a Trend Technologies Texas, L.P.); Antico Product Finishing, Inc. (f/k/a Hitek Product Finishing, Inc.); Cowden Metal Finishing, Inc.; and Cam Fran Tool Co., Inc.

1

85138-003\DOCS_LA:162968.1

**HEREBY ORDERS, ADJUDGES AND DECREES:**

1. That $2,165,552.44 of the transfers made by the Debtor to HiPro Electronics, Co., Ltd. within the ninety (90) days preceding November 7, 2002 are deemed avoidable and recoverable pursuant to 11 U.S.C. §§ 547(b) and 550;

2. That Judgment be entered in favor of Plaintiff, Broadway Advisors, LLC, in its representative capacity as the Liquidating Trustee of the Gruppo Antico Liquidating Trust and against Defendant HiPro Electronics, Co., Ltd. in the principal sum of $2,165,552.44 plus pre-judgment interest thereon of $123,964.80 from and after December 30, 2004, calculated pursuant to 28 U.S.C. § 1961(a) at the rate in effect as of that date, for a total judgment of $2,289,517.24; and

3. That interest shall accrue on the $2,165,552.44 amount of the avoided transfers, as calculated pursuant to 28 U.S.C. § 1961(a) at the current prevailing rate, from and after entry of this Judgment.

Dated: February 16, 2007

The Honorable Kevin J. Carey
United States Bankruptcy Judge

85138-003\DOCS_LA:162968.1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GRUPPO ANTICO, INC. f/k/a TREND HOLDINGS, INC., et al.[1],<br><br>        Debtors. | Chapter 11<br><br>Case No. 02-13283 (KG)<br>(Jointly Administered) |
| BROADWAY ADVISORS, LLC, in its representative capacity as the Liquidating Trustee of the Gruppo Antico Liquidating Trust,<br><br>        Plaintiff,<br><br>v.<br><br>HIPRO ELECTRONICS, INC., and HIPRO ELECTRONICS, CO., LTD.,<br><br>        Defendants. | Adv. Proc. No. 03-58480 (KJC)<br><br>**Related to Docket Nos. 135 and 136** |

CERTIFIED AS A TRUE COPY; ATTEST: DAVID D. BIRD, CLERK U.S. BANKRUPTCY COURT BY: _____ Deputy Clerk 4/19/07

## ORDER ON MOTION OF BROADWAY ADVISORS, LLC FOR ORDER ALLOWING IMMEDIATE REGISTRATION OF JUDGMENT IN OTHER JUDICIAL DISTRICTS

Plaintiff and Judgment Creditor, Broadway Advisors, LLC, having moved the Court for an Order Allowing Immediate Registration of Judgment in other Judicial Districts, the Court having reviewed the Motion and Brief in support thereof,

---

[1] The debtors are the following entities: Gruppo Antico, Inc. (f/k/a Trend Holdings, Inc.); Antico Vacca Technologies, Inc. (f/k/a Trend Technologies, Inc.); Antico Plasco, Inc. (f/k/a Trend Plasco, Inc.); Antico New Ventures, Inc. (f/k/a Trend L.P. New Ventures, Inc.); Antico Technologies Texas, L.P. (f/k/a Trend Technologies Texas, L.P.); Antico Product Finishing, Inc. (f/k/a Hitek Product Finishing, Inc.); Cowden Metal Finishing, Inc.; and Cam Fran Tool Co., Inc.

85138-003\DOCS_LA:163820.1

144

Judgment Debtor, HiPro Electronics, Co., Ltd. having not filed a response thereto, and good cause appearing therefor, the Court

ORDERS, ADJUDGES, AND DECREES:

1. The Motion is granted; and

2. Judgment Creditor, Broadway Advisors, LLC, may immediately register that monetary judgment entered by the Court on February 16, 2007 in its favor in the United States District Courts in the Northern and Central Districts of California, the Southern, Western and Northern Districts of Texas, the Eastern District of North Carolina, the Southern District of New York, the Eastern District of Washington and the District of Arizona and levy execution on same.

Dated: March 29, 2007

Honorable Kevin J. Carey
United States Bankruptcy Judge

85138-003\DOCS_LA:163820.1