| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. (310) 277-6910 | FOR RECORDER'S USE ONLY |
|---|---|---|
| [X] RECORDING REQUEST BY AND RETURN TO:<br>Steven J. Kahn<br>Pachulski Stang Ziehl Young Jones & Weintraub LLP<br>10100 Santa Monica Blvd., #1100, Los Angeles, CA  90067<br>[ ] ATTORNEY FOR   [ ] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STREET ADDRESS: 280 South 1st Street, Room 2112
CITY AND ZIP CODE: San Jose, CA  95113
BRANCH NAME: San Jose

PLAINTIFF: Broadway Advisors, LLC

DEFENDANT: HiPro Electronics Co., Ltd.

| WRIT OF | [XX] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF  [ ] Personal Property<br>                      [ ] Real Property<br>[ ] SALE | CASE NUMBER: CV 07-80118 Misc.<br>(Del. BK No. 03-58480) |
|---|---|---|
| | | FOR COURT USE ONLY |

1. To the   U.S. Marshal for Northern District of California
You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. (Name): Broadway Advisors, LLC
   is the  [XX] judgment creditor  [ ] assignee of record
   whose address is shown on this form above the court's name.

| 4. Judgment debtor (name and last known address):<br>HiPro Electronics Co., Ltd.<br>1582 Centre Pointe Drive<br>Milpitas, CA  95035 | 9. [ ] See reverse for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale. |
|---|---|
| | 10. [ ] This writ is issued on a sister-state judgment. |
| | 11. Total judgment .................................$ 2,289,517.24 |
| | 12. Costs after judgment (per filed order or memo CCP 685.090.................$ 0.00 |
| | 13. Subtotal (add 11 and 12)................$ 2,289,517.24 |
| | 14. Credits.............................................$ 0.00 |
| | 15. Subtotal (subtract 14 from 13)........$ 2,289,517.24 |
| | 16. Interest after judgment (per filed affidavit CCP 685.050).................$ 24,325.38 |
| | 17. Fee for issuance of writ...................$ 0.00 |
| [ ] additional judgment debtors on reverse | 18. Total (add 15, 16, and 17).............$ 2,313,842.62 |
| 5. Judgment entered on (date): February 16, 2007 | 19. Levying officer: Add daily interest from date of writ (at the legal rate on 15) of.................. $ |
| 6. [ ] Judgment renewed on (dates): | |

7. Notice of sale under this writ
   a. [XX] has not been requested.
   b. [ ] has been requested (see reverse).
8. [ ] Joint debtor information on reverse.

20. [ ] The amounts called for in items 11-19 are different for each debtor.
    These amounts are stated for each debtor on Attachment 20.

RICHARD W. WIEKING

| (SEAL) | Issued on (date): May 31, 2007 | Clerk, by D. Miyashiro, Deputy |
|---|---|---|

- NOTICE TO PERSON SERVED: SEE REVERSE FOR IMPORTANT INFORMATION -

| (Continued on reverse) | WRIT OF EXECUTION<br>CCP 699.520, 712.010, 715.010<br>EJ-130REV 1/89 |
|---|---|

| SHORT TITLE: Broadway Advisors v. HiPro Electronics Co. | CASE NUMBER CV 07-80118 Misc. (Del. BK No. 58480) |
|---|---|

CONTINUED FROM FRONT:
☐ Additional judgment debtor *(name and last known address)*:

☐ Notice of sale has been requested by *(name and address)*:

☐ Joint debtor was declared bound by the judgment (CCP 989-994)
  a. on *(date)*:
  b. name and address of joint debtor

  a. on *(date)*:
  b. name and address of joint debtor

  c. ☐ additional costs against certain joint debtor: *(itemize)*:

☐ Judgment was entered for the following:
  a. ☐ Possession of personal property
       ☐ If delivery cannot be had, then for the value *(itemize in 9e)* specified in the judgment or supplemental order.
  b. ☐ Possession of real property
  c. ☐ Sale of personal property
  d. ☐ Sale of real property
  e. Description of property

- NOTICE TO PERSON SERVED -

**Writ of execution or sale.** Your rights and duties are indicated on the accompanying Notice of Levy.

**Writ of possession of personal property.** If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

**Writ of possession of real property.** If the premises are not vacated within five days after the date of service on an occupant or, if service is by posting, within five days after service on you, the levying officer will place the judgment creditor in possession of the property. Personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

J-130 (REV. Jan. 1, 1989)     **WRIT OF EXECUTION**     Page two

Steven J. Kahn (SBN 76933)
Pachulski Stang Ziehl Young Jones & Weintraub LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
Tel. (310) 277-6910
Fax: (310) 201-0760

Attorneys for Broadway Advisors, LLC, Judgment Creditor

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

BROADWAY ADVISORS, LLC,

Plaintiff(s)

v.

HIPRO ELECTRONICS, CO., LTD.,

Defendant(s)

CASE NUMBER: CV-07-80118 Misc. (Del. BK Adv. P. 03-58480)

**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

(check one) ☒ STATE OF CALIFORNIA, COUNTY OF Los Angeles
☐ STATE OF _____, COUNTY OF _____

I, Steven J. Kahn, hereby state under penalty of perjury that,

1. Judgment for $ 2,289,517.24 was entered on February 16, 2007 on the docket of the above-entitled action in the United States Bankruptcy Court, District of Delaware in favor of Broadway Advisors, LLC as Judgment Creditor, and against HiPro Electronics Co., Ltd. as Judgment Debtor

*(If a Registered Judgment from another Court or District, include the following information)*
Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case No. 03-58480 in the U.S. Bankruptcy Court for the District of Delaware and which has become enforceable pursuant to Court Order.

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of Judgment in the District of Delaware are the following sums:

$ 24,325.38 accrued interest, computed at 5.0 % *(see note)* on $2,165,552.44 per judgment.
$ 0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the Judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles   State of California, this 9th day of May 2007

*/s/ Steven J. Kahn*
Signature
Steven J. Kahn

DOCS_LA:166934.1
CV-24 (6/01)

AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

2002 © American LegalNet, Inc.

[Filing stamp: MAY 10 2007, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE]